# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Taryn Merkl**    DATE: **6/9/25**

DOCKET NUMBER **25 CR 191 (NRM)**    LOG #: **2:26 - 2:44**

DEFENDANT'S NAME: **Iurii Gugnin**
**X** Present    ___ Not Present    **X** Custody    ___ Bail

DEFENSE COUNSEL: **Marissa Sherman (for arr. only)**
___ Federal Defender    ___ CJA    ___ appointed by the Court    ___ Retained

A.U.S.A **Matthew Skurnik**    CLERK: **SM Yuen**

Probation: _____ (Language) _____

**X** Defendant arraigned on the: **X** indictment ___ superseding indictment ___ probation violation

**X** Defendant pleads NOT GUILTY to ALL counts.

**X** Rule 5f Order read into the record.

___ Bail application Hearing held.    **X** Defendant's first appearance.

___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

**X** At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X** Order of Excludable Delay/Speedy Trial entered. Start **6/9/25** Stop **7/9/25**

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

**X** Status conference set for **7/9/25 @ 11:30 am** before Judge **Morrison**

Other Rulings: _____