**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                      Case No. 25-cr-00191-NRM

IURII GUGNIN,
          also known as "Iurii Mashukov"
          also known as "George Goognin,"

                               Defendant.

-------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE NINA R. MORRISON:

      Richard Weber, Esq., attorney for Defendant Iurii Gugnin, respectfully moves this Court for an order permitting his withdrawal as counsel for Defendant pursuant to the New York Rules of Professional Conduct 1.16, 3.7 and Local Rule 1.4. In support of this motion, counsel respectfully represents as follows:

## BACKGROUND

      1.      On June 23, 2025, Richard Weber filed a notice of appearance on behalf of Defendant Iurii Gugnin in the above captioned criminal proceeding. ECF 10.

      2.      On October 6, 2025, Thomas A. Firestone filed a notice of appearance on behalf of Defendant Iurii Gugnin. ECF 20.

      3.      Upon Mr. Weber's withdrawal as counsel for Defendant Iurii Gugnin, Mr. Firestone will continue as lead counsel for Defendant.

      4.      Counsel has informed Mr. Firestone of his intention to withdraw, and Mr. Firestone supports this motion and is prepared to continue representation without interruption to Defendant's defense.

5.     The government, through the Assistant United States Attorney, does not oppose this motion and concurs in the request for withdrawal.

6.     Counsel has informed the Defendant of his intention to withdraw, and Defendant concurs in the request for withdrawal.

## GROUNDS FOR WITHDRAWAL

5.     Counsel seeks withdrawal pursuant to New York Rules of Professional Conduct 1.16 which permits withdrawal when "withdrawal can be accomplished without material adverse effect on the interests of the client."

6.     Further, per the New York Rules of Professional Conduct Rule 1.7, an attorney must not act as advocate where there is a risk that the representation of a client " will be materially limited by the lawyer's responsibilities to … a third person or by a personal interest of the lawyer," subject to certain exceptions.

7.     As the Court has been made aware, due to circumstances arising during my representation of Defendant, counsel may be required to cross-examine prior counsel to Defendant (Annessa Santos, who has since withdrawn as counsel for Defendant), or counsel's former associate (Ms. Hartman).

8.     Ms. Santos moved to withdraw as counsel on September 24, 2025 based on the same events giving rise to counsel's present motion to withdraw. ECF 18. This Court granted her motion on October 7, 2025.

9.     Continued representation under these circumstances would violate counsel's professional and ethical obligations and risks prejudice to the defense.

10.     Mr. Firestone, the government, and the Defendant expressly support counsel's withdrawal.

## PROCEDURAL REQUIREMENTS

10.    Counsel has provided an advance copy of this motion to Defendant at his e-mail address accessible at the Metropolitan Detention Center (MDC Brooklyn). A printout of Defendant's acknowledgement of receipt of this motion is attached hereto as Exhibit A.

11.    Counsel asserts no retaining or charging lien in connection with the withdrawal.

12.    There are no pending deadlines, scheduled hearings, or other proceedings that would be prejudiced by counsel's withdrawal at this time.

13.    Mr. Firestone has confirmed his continued availability and preparedness to represent Defendant without interruption to the defense.

## REQUEST FOR RELIEF

WHEREFORE, counsel respectfully requests that this Court:

A. Grant this Motion to Withdraw as Counsel;

B. Enter an order permitting Richard Weber to withdraw as counsel for Defendant; and

C. Grant such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

Dated: October 9, 2025

*Richard Weber*
_____
Richard Weber, Esq.
Haynes Boone LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Email: richard.weber@haynesboone.com
Phone: 212.835.4879

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to Defendant Iurii Gugnin by e-mailing a copy to his current e-mail address at the federal detention facility (MDC Brooklyn) on October 9, 2025, and upon the United States Attorney's Office by service through the Court's ECF system.

Dated: October 9, 2025

*Richard Weber*

_____
Richard Weber, Esq.
Haynes Boone LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Email: richard.weber@haynesboone.com
Phone: 212.835.4879

**Exhibit A**



## Mailbox >
## Inbox Message

**From**

IURII GUGNIN (88786511)

**Date**

10/9/2025 9:05:21 PM

**Subject**

RE: withdrawal motion

**Message**

Good afternoon, Rich!

Yes, I approve the motion.
Thanks a lot for the quick turnaround!

Iurii

===

I approve the motion to withdraw as counsel
of Richard Weber, Esq.