**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                                            Case No. 25-cr-00191-NRM

IURII GUGNIN,
    also known as "Iurii Mashukov"
    also known as "George Goognin,"

                Defendant.
-------------------------------------------------------------X

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Richard Weber, being duly sworn, depose and affirm under penalty of perjury as follows:

1. I am an attorney admitted to practice law in the state of New York, and a member in good standing of the New York Bar.

2. Together with Thomas A. Firestone, I am currently counsel of record for Defendant Iurii Gugnin.

3. Following my withdrawal from the case, Mr. Firestone will continue as counsel for Defendant.

4. I respectfully move to withdraw as counsel for Defendant in accordance with Local Civil Rule 1.4 and New York Rules of Professional Conduct Rule 1.16 and 3.7, due to the emergence of a conflict of interest, which precludes my continued involvement in the defense.

5. The nature of the conflict involves actions taken during the representation that have resulted in potential adverse interests between myself and my client. In light of these developments and my ethical obligations, withdrawal is required.

6.     I have informed the government, through the Assistant United States Attorney, the Defendant, and Mr. Firestone of my intention to withdraw and have coordinated with Mr. Firestone to ensure uninterrupted representation of Defendant.

7.     I assert no retaining or charging lien against Defendant or his file in this matter.

8.     Pursuant to Local Civil Rule 1.4, I certify that I have provided notice of the motion to withdraw and all supporting documents on Defendant Iurii Gugnin via his e-mail address at the Metropolitan Detention Center. A screenshot of Defendant's acknowledgment of receipt of this Affidavit is provided attached hereto as Exhibit A.

9.     There are no pending deadlines, hearings, or proceedings that would be prejudiced by my withdrawal.

10.    The facts set forth in the accompanying Motion to Withdraw are true and correct to the best of my knowledge.

**WHEREFORE**, I respectfully request that the Court grant my motion to withdraw as counsel for Defendant Iurii Gugnin.

Dated: October 9, 2025

*Richard Weber*
_____
Richard Weber, Esq.
Haynes Boone LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Email: richard.weber@haynesboone.com
Phone: 212.835.4879

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to Defendant Iurii Gugnin by e-mailing a copy to his current e-mail address at the federal detention facility (MDC Brooklyn) on October 9, 2025, and upon the United States Attorney's Office by service through the Court's ECF system.

Dated: October 9, 2025

*Richard Weber*
_____
Richard Weber, Esq.
Haynes Boone LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
Email: richard.weber@haynesboone.com
Phone: 212.835.4879

# Exhibit A



Mailbox >

Inbox Message

**From**
IURII GUGNIN (88786511)

**Date**
10/9/2025 9:05:21 PM

**Subject**
RE: withdrawal motion

**Message**

Iurii

===

I approve the motion to withdraw as counsel of Richard Weber, Esq.

October 9, 2025

IURII GUGNIN

e-signed via the TRULINCS Portal